**HEMAR, ROUSSO & HEALD, LLP**
PAMELA L. COX (SBN 191883)
E-mail address: pcox@hemar-rousso.com
15910 Ventura Boulevard, Ste. 1201
Encino, CA 91436-2829
Telephone:  (818) 501-3800
Facsimile:  (818) 501-2985

JS - 6

Refer to File No. 3978-20111069/PLC

Attorneys for Plaintiff,
XEROX CORPORATION, a New York corporation

### IN THE UNITED STATES DISTRICT COURT FOR THE
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KING BADGE AND BUTTON, INCORPORATED, a CALIFORNIA CORPORATION, DBA THE DIRECT APPROACH,<br><br>Defendants. | Case No: SACV12-375 AG (MLGx)<br><br>**JUDGMENT AGAINST DEFENDANT** |

**TO THE COURT, THE DEFENDANT AND ALL OTHER INTERESTED PARTIES:**

This action having been commenced by the filing of a Complaint by Plaintiff XEROX CORPORATION, a corporation, (hereinafter referred to as the "Plaintiff"), and issuance of a Summons on March 12, 2012, and a copy of said Summons and Complaint having been served upon the Defendant KING BADGE AND BUTTON, INCORPORATED, a CALIFORNIA CORPORATION, DBA THE DIRECT APPROACH, (hereinafter referred to as the "Defendant"), via substitute service in accordance with the Federal Rules of Civil Procedure.

Despite receipt of due process and notice, the Defendant has failed to file or serve any claim or pleading or notice of appearance, and have failed to file and serve an Answer or otherwise appeared in this action within the time specified in the notice previously heretofore filed with the

Court. Moreover, Default as to the Defendant was entered on May 4, 2012.

The Court having received and reviewed the Plaintiff's Motion for Entry of Default Judgment in this matter submitted pursuant to Federal Rules of Civil Procedure 55(a) and (b)(2), as well as the attached Declaration and Exhibit, and the contents of the Court's file, and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1) Default Judgment shall be entered against Defendant KING BADGE AND BUTTON, INCORPORATED, a CALIFORNIA CORPORATION, DBA THE DIRECT APPROACH, in the following amounts:

<u>Judgment to be entered:</u>

Damages: $205,130.75.

Prejudgment interest pursuant to the written lease agreement of 18% per annum November 2, 2009, to May 15, 2012, is $93,573.34.

Attorney's fees pursuant to Local Rule 55-3: $7,702.62

Costs: $400.65.

Grand Total: $306,807.36

4. <u>Dismissal:</u>

Dismissal of 7th cause of action, Recovery of Personal Property.

**IT IS SO ORDERED.**

DATED: June 22, 2012

_____
District Judge Andrew Guilford